604

Charles O'Kelly, appellant, v. Richard J. Collins et al., appellees. Gen. No. 37,581.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Barrett, Barrett, Costello & Barrett, for appellant; Wilkie Ham and Chester D. Kern, of counsel. William H. Sexton, Corporation Counsel, Quin O'Brien and Carl Hjalmar Lundquist, Assistant Corporation Counsel, for appellees.

Mr. Justice Hall delivered the opinion of the court.

Emma A. Pearson, appellee, v. The Metropolitan Life Insurance Company, appellant. Gen. No. 37,590.

Opinion filed June 26, 1935.

Hoyne, O'Connor & Rubinkam, for appellant. Watkins & Ten Hoor, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Evelyn Pratt Ellithorpe, appellant, v. Glenn E. Holmes et al., appellees. Gen. No. 37,639.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Clarence W. Heyl and John F. Voigt, for appellant. David Levinson, I. E. Ferguson and Cutting, Moore & Sidley, for appellees.

Mr. Justice Hall delivered the opinion of the court.

Ida Crommie, appellee, v. International Harvester Company, appellant. Gen. No. 37,663.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

George M. Kellogg, Jr., and David G. Moyer, for appellant; Forest D. Siefkin, of counsel. David Alswang and David J. Schissell, for appellee; Melbourne A. Chapp, of counsel.

Mr. Justice Hall delivered the opinion of the court.